**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 14-61396 | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | PROFESSIONAL CARPET & UPHOLSTERY CARE INC | | Date Filed (f) or Converted (c): | 06/10/2014 (f) |
| For the Period Ending: | 09/30/2016 | | §341(a) Meeting Date: | 07/16/2014 |
| | | | Claims Bar Date: | 12/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account at Bank of America Acct #xxxxxxxx9313 | Unknown | $0.00 | | $0.00 | FA |
| 2 | Landlord Security Deposit-(LIT) | $7,000.00 | $7,000.00 | | $0.00 | $7,000.00 |
| 3 | Possible -Georgia Power Security Deposit | Unknown | $0.00 | | $0.00 | FA |
| 4 | Chevrolet Van | $2,000.00 | $2,000.00 | | $2,000.00 | FA |
| 5 | Enclosed Trailer | $50.00 | $200.00 | | $200.00 | FA |
| 6 | Desks, chairs, 5 year old computers (desk top), file cabinets | $1,500.00 | $800.00 | | $1,000.00 | FA |
| 7 | Carpet cleaning and upholstery cleaning equipment | $5,785.00 | $1,200.00 | | $1,000.00 | FA |
| 8 | Chemicals and dyes used in Carpet and Upholstery Cleaning | $467.77 | $0.00 | | $0.00 | FA |
| 9 | insurance refund (u) | $955.87 | $955.87 | | $955.87 | FA |
| 10 | Jack & Sandra Cox - receivable (u) | $182.95 | $182.95 | | $182.95 | FA |
| 11 | Cornelia Redding - receivable (u) | $130.96 | $130.96 | | $130.96 | FA |
| 12 | Wright Express security deposit (u) | $280.00 | $280.00 | | $280.00 | FA |
| 13 | Cash (u) | $4.00 | $4.00 | | $4.00 | FA |

**TOTALS (Excluding unknown value)** Gross Value of Remaining Asset

| $18,356.55 | $12,753.78 | | $5,753.78 | $7,000.00 |

**Major Activities affecting case closing:**

| 09/30/2016 | liquidated business assets, and accountant has prepared tax refunds but still needs to do final tax return. Submit TFR as soon as accountant's fee application is received. |
| 09/23/2015 | liquidated business assets; records did not appear to show any avoidable preferences; prepare taxes and distribution documents. |
| 09/30/2014 | review payments to see if any avoidable transfers and work with counsel to collect any. |

| Initial Projected Date Of Final Report (TFR): | 08/30/2015 | Current Projected Date Of Final Report (TFR): | 03/30/2017 | /s/ JASON L. PETTIE |
| | | | | JASON L. PETTIE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 14-61396 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | PROFESSIONAL CARPET & UPHOLSTERY CARE INC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4158 | Checking Acct #: | ******1396 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2015 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/14/2014 | (9) | First Insurance Funding | payment for insurance refund | 1229-000 | $955.87 | | $955.87 |
| 08/25/2014 | (10) | Jack Cox | payment for receivable | 1221-000 | $182.95 | | $1,138.82 |
| 08/25/2014 | (11) | Cornelia R Redding | payment for receivable | 1221-000 | $130.96 | | $1,269.78 |
| 08/25/2014 | (12) | Wex, Inc | security deposit refund for merchant card account | 1221-000 | $280.00 | | $1,549.78 |
| 08/25/2014 | (13) | PROFESSIONAL CARPET & UPHOLSTERY CARE INC | payment for cash kept at Debtor's office | 1229-000 | $4.00 | | $1,553.78 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.85 | $1,552.93 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.42 | $1,550.51 |
| 10/30/2014 | | Herbert D Clack | payment for sale of all personal property located at debtor's former business location | * | $4,200.00 | | $5,750.51 |
| | {4} | | $2,000.00 | 1129-000 | | | $5,750.51 |
| | {6} | | $1,000.00 | 1129-000 | | | $5,750.51 |
| | {7} | | $1,000.00 | 1129-000 | | | $5,750.51 |
| | {5} | | $200.00 | 1129-000 | | | $5,750.51 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.50 | $5,748.01 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.53 | $5,739.48 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.26 | $5,730.22 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.24 | $5,720.98 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.33 | $5,712.65 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.21 | $5,703.44 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.90 | $5,694.54 |
| 05/05/2015 | 3001 | Elrod Auction Company, Inc. | payment for sale of Pro Carpet equipment | 6610-000 | | $420.00 | $5,274.54 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.72 | $5,265.82 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.22 | $5,257.60 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.48 | $5,249.12 |
| | | | **SUBTOTALS** | | $5,753.78 | $504.66 | |

| Case No. | 14-61396 | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | PROFESSIONAL CARPET & UPHOLSTERY CARE INC | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4158 | | Checking Acct #: | ******1396 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2015 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.47 | $5,240.65 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.18 | $5,232.47 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.44 | $5,224.03 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.15 | $5,215.88 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.41 | $5,207.47 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.40 | $5,199.07 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.84 | $5,191.23 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.37 | $5,182.86 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.09 | $5,174.77 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.34 | $5,166.43 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.06 | $5,158.37 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.32 | $5,150.05 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.31 | $5,141.74 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.02 | $5,133.72 |

| | | | | SUBTOTALS | $0.00 | $115.40 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 14-61396 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | PROFESSIONAL CARPET & UPHOLSTERY CARE INC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4158 | Checking Acct #: | ******1396 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2015 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,753.78 | $620.06 | $5,133.72 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,753.78 | $620.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,753.78 | $620.06 | |

| For the period of 10/01/2015 to 09/30/2016 | | For the entire history of the account between 08/14/2014 to 9/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $5,753.78 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $5,753.78 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $98.75 | Total Compensable Disbursements: | $620.06 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $98.75 | Total Comp/Non Comp Disbursements | $620.06 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 14-61396 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | PROFESSIONAL CARPET & UPHOLSTERY CARE INC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4158 | Checking Acct #: | ******1396 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2015 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,753.78 | $620.06 | $5,133.72 |

For the period of 10/01/2015 to 09/30/2016

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $98.75 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $98.75 |
| Total Internal/Transfer Disbursements | $0.00 |

For the entire history of the account between 08/14/2014 to 9/30/2016

| | |
|---|---:|
| Total Compensable Receipts: | $5,753.78 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $5,753.78 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $620.06 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $620.06 |
| Total Internal/Transfer Disbursements | $0.00 |

/s/ JASON L. PETTIE

JASON L. PETTIE